IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| PATRICIA LEE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 07-CV-890-WDS |
| SWAN CORPORATION, | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on defendant's motion to dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 23, 2009, this case is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6)

Each party shall bear their own costs.

**DATED** this 23rd day of March, 2009.

**JUSTINE FLANAGAN, ACTING CLERK**

BY: *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**